<HTML>

<HEAD>

<META NAME="Generator" CONTENT="WordPerfect 9">

<TITLE></TITLE>

</HEAD>

<BODY TEXT="#000000" LINK="#0000ff" VLINK="#551a8b" ALINK="#ff0000" BGCOLOR="#c0c0c0">

TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-01-00004-CR

Robert Scott Paradise, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 119TH JUDICIAL DISTRICT

NO. B-99-0393-S, HONORABLE BEN WOODWARD, JUDGE PRESIDING

Robert Scott Paradise appeals from an order revoking community supervision.  The

underlying offense is burglary of a building.  See Tex. Penal Code Ann.  30.02 (West Supp. 2001).  

The sentence is incarceration in a state jail for one year.

Appellant's court-appointed attorney filed a brief concluding that the appeal is

frivolous and without merit.  The brief meets the requirements of Anders v. California, 386 U.S. 738

(1967), by presenting a professional evaluation of the record demonstrating why there are no

arguable grounds to be advanced.  See also Penson v. Ohio, 488 U.S. 75 (1988); High v. State, 573

S.W.2d 807 (Tex. Crim. App. 1978); Currie v. State, 516  S.W.2d 684 (Tex. Crim. App. 1974);

Jackson v. State, 485 S.W.2d 553 (Tex. Crim. App. 1972); Gainous v. State, 436 S.W.2d 137 (Tex.

Crim. App. 1969).  A copy of counsel's brief was delivered to appellant, and appellant was advised

of his right to examine the appellate record and to file a pro se brief.  No pro se brief has been filed.

We have reviewed the record and counsel's brief and agree that the appeal is frivolous

and without merit.  We find nothing in the record that might arguably support the appeal.

The order revoking community supervision is affirmed.

__________________________________________

David Puryear, Justice

Before Justices Kidd, B. A. Smith and Puryear

Affirmed

Filed:   August 9, 2001

Do Not Publish

</BODY>

</HTML>

<HTML>

<HEAD>

<META NAME="Generator" CONTENT="WordPerfect 9">

<TITLE></TITLE>

</HEAD>

<BODY TEXT="#000000" LINK="#0000ff" VLINK="#551a8b" ALINK="#ff0000" BGCOLOR="#c0c0c0">

TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-01-00004-CR

Robert Scott Paradise, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 119TH JUDICIAL DISTRICT

NO. B-99-0393-S, HONORABLE BEN WOODWARD, JUDGE PRESIDING

Robert Scott Paradise appeals from an order revoking community supervision.  The

underlying offense is burglary of a building.  See Tex. Penal Code Ann.  30.02 (West Supp. 2001).  

The sentence is incarceration in a state jail for one year.

Appellant's court-appointed attorney filed a brief concluding that the appeal is

frivolous and without merit.  The brief meets the requirements of Anders v. California, 386 U.S. 738

(1967), by presenting a professional evaluation of the record demonstrating why there are no

arguable grounds to be advanced.  See also Penson v. Ohio, 488 U.S. 75 (1988); High v. State, 573

S.W.2d 807 (Tex. Crim. App. 1978); Currie v. State, 516  S.W.2d 684 (Tex. Crim. App. 1974);

Jackson v. State, 485 S.W.2d 553 (Tex. Crim. App. 1972); Gainous v. State, 436 S.W.2d 137 (Tex.

Crim. App. 1969).  A copy of counsel's brief was delivered to appellant, and appellant was advised

of his right to examine the appellate record and to file a pro se brief.  No pro se brief has been filed.

We have reviewed the record and counsel's brief and agree that the appeal is frivolous

and without merit.  We find nothing in the record that might arguably support the appeal.

The order revoking community supervision is affirmed.

__________________________________________

David Puryear, Justice

Before Justices Kidd, B. A. Smith and Puryear

Affirmed

Filed:   August 9, 2001

Do Not Publish

</BODY>

</HTML>